1  Nathan V. Okelberry (SBN 266596)
       E-Mail:  nokelberry@fisherphillips.com
2  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
3  Los Angeles, California 90071
   Telephone: (213) 330-4500
4  Facsimile:  (213) 330-4501

5  Attorneys for Defendants
   BEST DEAL FOOD COMPANY, INC., and SANDERS
6  CONSTRUCTION COMPANY

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | DARREN GILBERT, | Case No:   1:21-cv-00616-DAD-EPG |
|---|---|
12 |                   Plaintiff, | **STIPULATION TO VACATE AND SET ASIDE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS AND ORDER THEREON** |
13 |       v. | |
14 | BEST DEAL FOOD COMPANY, INC. dba COST LESS FOODS; SANDERS CONSTRUCTION COMPANY, a California general partnership, | Complaint Filed: April 13, 2021<br>Trial Date:       None |
15 | | |
16 | | |
17 |                   Defendants. | |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff DARREN GILBERT ("Plaintiff") and Defendants BEST DEAL FOOD COMPANY, INC. and SANDERS CONSTRUCTION COMPANY ("Defendants") hereby stipulate to vacate and set aside the Clerks Entry of Default entered on May 21, 2021 (Dkt. 7) and May 25, 2021 (Dkt. 9) as to Defendants.

## **RECITALS**

**WHEREAS** on April 13, 2021, Plaintiff filed his Complaint, alleging Defendants violated the Americans with Disabilities Act and the California Unruh Civil Rights Act (Civ. Code § 51) in connection with a certain property/grocery market Defendants either operate and/or own;

**WHEREAS** Plaintiff contends he served Defendants' Agents via substituted service, and Defendants deny being served;

**WHEREAS** the Clerk entered default against Defendants on May 21, 2021 (Dkt. 7) and May 25, 2021 (Dkt. 9);

**WHEREAS** subsequent to the entry of the default, counsel for Plaintiff and Defendant met and conferred on a potential motion to set aside the default and agreed to stipulate to set aside the default; and

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants that the Clerks Entry of Default entered on May 21, 2021 (Dkt. 7) and May 25, 2021 (Dkt. 9) as to Defendants be vacated and set aside, and that Defendants shall file a responsive pleading within twenty-one (21) days of this stipulation.

///

///

///

///

///

///

1  **GOOD CAUSE** exists for the stipulated relief as Defendants seek to have the default set aside within less than 30 days after the default was entered.  It is in the interest of justice to set aside defaults so that cases may be decided on their merits, particularly when doing so can be done through stipulation, rather than expending unnecessary court and party resources in unopposed motions.

**IT IS SO STIPULATED**.

DATE:  June 7, 2021                         FISHER & PHILLIPS LLP


                                             /s/ Nathan V. Okelberry

                                    By:
                                             Nathan V. Okelberry
                                             Attorneys for Defendants
                                             BEST DEAL FOOD COMPANY, INC., and
                                             SANDERS CONSTRUCTION COMPANY


DATE:  June 7, 2021                         MOORE LAW FIRM, P.C.


                                             /s/ Tanya E. Moore

                                    By:
                                             Tanya E. Moore
                                             Attorney for Plaintiff
                                             DARREN GILBERT

**ORDER**

Pursuant to the parties' stipulation (ECF No. 10), IT IS HEREBY ORDERED that:

1. The Clerk's entry of default against Defendants Best Deal Food Company, Inc. and Sanders Construction Company (ECF Nos. 7, 9) is set aside; and
2. Defendants Best Deal Food Company, Inc. and Sanders Construction Company shall file a responsive pleading within twenty-one days of entry of this order.

IT IS SO ORDERED.

Dated: **June 14, 2021**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE