1 Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
2 300 South First Street, Suite 342
San Jose, California 95113
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com
5
Attorney for Plaintiff,
6 Darren Gilbert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>       Plaintiff,<br><br>   vs.<br><br>BEST DEAL FOOD COMPANY, INC. dba COST LESS FOODS; SANDERS CONSTRUCTION COMPANY, a California general partnership;<br><br>       Defendants. | No.  1:21-cv-00616-DAD-EPG<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

Notice is hereby given that Plaintiff Darren Gilbert ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that he be given to and including October 14, 2021 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: September 15, 2021                          MOORE LAW FIRM, P.C.

                                                                     */s/ Tanya E. Moore*
                                                                     Tanya E. Moore
                                                                     Attorney for Plaintiff,
                                                                     Darren Gilbert

NOTICE OF SETTLEMENT OF ENTIRE ACTION

Page 1