Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No.  1:21-cv-00616-DAD-EPG |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| BEST DEAL FOOD COMPANY, INC. dba COST LESS FOODS; SANDERS CONSTRUCTION COMPANY, a California general partnership; | |
| Defendants. | |

1  **IT IS HEREBY STIPULATED** by and between Plaintiff Darren Gilbert and
2  Defendants, Best Deal Food Company, Inc. and Sanders Construction Company, the parties to
3  this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-
4  captioned action is dismissed with prejudice in its entirety. Each party is to bear its own
5  attorneys' fees and costs.

Dated: September 24, 2021        MOORE LAW FIRM, P.C.

                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorney for Plaintiff,
                                 Darren Gilbert

Dated: September 24, 2021        FISHER & PHILLIPS LLP

                                 */s/ Nathan V. Okelberry*
                                 Nathan V. Okelberry
                                 Attorneys for Defendants,
                                 Best Deal Food Company, Inc. and Sanders
                                 Construction Company

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorney for Plaintiff,
                                 Darren Gilbert