UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BVEST DEAL FOOD COMPANY, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00616-DAD-EPG<br><br>ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 22) |

　　　　The parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 22.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　Dated: **September 27, 2021**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE